**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Ashley Campbell Poole, Walter Poole, Jr., and John Doe,
Defendants,

Of whom Ashley Campbell Poole is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2020-001543

———————————

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

———————————

Unpublished Opinion No. 2021-UP-303
Submitted July 27, 2021 – Filed August 18, 2021

———————————

**AFFIRMED**

———————————

Matthew P. Head, of Head Law Firm, LLC, of
Greenville, for Appellant.

Amanda B. Stiles, of the South Carolina Department of
Social Services, of Greenville, for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:**  Ashley Campbell Poole appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Poole's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and HUFF and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.